# IN THE UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF INDIANA

# NORTHERN DISTRICT OF INDIANA - SOUTH BEND DIVISION

IN THE MATTER OF:

Ramsey Lorin Smith and Tommie Lee Smith
Debtors

CASE NO. 18-31164-hcd

CHAPTER 13

## **OBJECTION TO CONFIRMATION OF PLAN**

Comes now PC Financial, and objects to the confirmation of this plan and in support thereof says:

1. On March 8, 2018, Debtor gave Creditor a secured interest in a 2011 Silverado K1500 Chevrolet, 1GCRKSE37BZ275699.

2. The Debtor values the 2011 Silverado K1500 Chevrolet, 1GCRKSE37BZ275699 at $8,850.00. The creditor values the 2011 Silverado K1500 Chevrolet, 1GCRKSE37BZ275699 at $17,210.00. The current prime rate is 4.5%. Creditor would not object to 6.5% interest rate.

3. A copy of Kelly Blue Book for the 2011 Silverado K1500 Chevrolet, 1GCRKSE37BZ275699 is attached valuing the 2011 Silverado K1500 Chevrolet, 1GCRKSE37BZ275699 at $17,210.00 hereto as Exhibit "A".

4. Creditor is entitled to a consistent monthly payment. For Creditor's claim to properly liquidate creditor would have to receive $425.88 per month over the life of the plan of 60 months.

5. Creditor should receive equal, pre-confirmation adequate protection payments of no less than $172.10 per month.

6. Creditor is unaware if the secured property is insured and not aware of the insurance company and policy number.

7. A copy of the Note is attached hereto as Exhibit "B".

8. The vehicle title is attached hereto as Exhibit "C".

**WHEREFORE**, Creditor prays this plan not be confirmed and for all other just and proper relief.

August 3, 2018                                KRISOR & ASSOCIATES

By: /s/Brooks J. Grainger
Brooks J. Grainger (19362-71)
Attorney for Plaintiff
PO Box 6200
South Bend, IN 46660
Ph: (574) 272-1000
Fax: (574) 272-4303
bgrainger@krisorlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, a copy of the foregoing *Objection to Confirmation of Plan* was sent to the following parties through the Court's ECF System. Parties may access this filing through the Court's system:

Anita K. Gloyeski
gloyeskilaw@embarqmail.com

Debra L. Miller
dms@trustee13.com

Nancy J. Gargula
nancy.gargula@usdoj.gov

I further certify that on August 3, 2018, a copy of the foregoing *Objection to Confirmation of Plan* was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Ramsey Lorin Smith
15469 State Road 120
Bristol, IN 46507

Tommie Lee Smith
15469 State Road 120
Bristol, IN 46507

/s/ Brooks J. Grainger
Brooks J. Grainger (19362-71)