UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                                                                          CASE NO.  18-31164
RAMSEY LORIN SMITH
TOMMIE LEE SMITH
Debtors                                                                                         CHAPTER 13
_____

**TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

COMES NOW the Chapter 13 Trustee, Debra L. Miller, and for her Objection to Confirmation states as follows:

1. This bankruptcy was filed on June 25, 2018.

2. Trustee objects to confirmation as the Debtors fail to meet the disposable income test pursuant to 11 U.S.C. §1325(b)(1)(B).

    A. Trustee calculates that Mr. Smith's year to date income is $5727 a month, not the $5199 listed on Schedule I. Trustee also calculates the Current Monthly Income (CMI) at $7113 for the period not $5730.13 as listed on the means test.

    B. Trustee calculates that the Debtors have an additional $1383 a month in disposable income that is not being devoted to the plan as required. Trustee's calculation for Debtors' monthly disposable income from the means test is +$644 a month, requiring $38,640 to be paid to general unsecured creditors during the life of the plan.

3. Trustee objects to confirmation pursuant to 11 U.S.C. §1322(a)(6) as the plan is underfunded.  Trustee calculates to pay the administrative, priority and secured claims as proposed requires a payment of $710.31 a month.  The plan proposes a monthly payment of $650.00.

WHEREFORE, Trustee OBJECTS to confirmation pursuant to 11 U.S.C. §1325(a)(1) and asks that confirmation of the currently proposed plan BE DENIED.

Dated:  September 13, 2018               Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Chapter 13 Trustee
PO Box 11550
South Bend, IN 46634
(574)-254-1313

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the attached was sent on September 13, 2018

By U.S. Mail to the Debtor(s) and Debtor's Attorney as follows:
    Debtor(s): RAMSEY LORIN SMITH, TOMMIE LEE SMITH, 15469 STATE ROAD 120, , BRISTOL, IN, 46507
By electronic e-mail to the Debtor's Attorney and the U.S. Trustee
    Debtor's Attorney: GLOYESKI LAW OFFICE
    U.S. Trustee:  ustpregion10.so.ecf@usdoj.gov

  /s/ Debra L. Miller, Trustee